**FILED**
CLERK, U.S. DISTRICT COURT

04/08/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: D. Brown   DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )     Case No.:  5:21-cr-00144-JGB-1
                                                   )
                          Plaintiff,              )     ORDER OF DETENTION PENDING
                                                   )     FURTHER REVOCATION
              v.                                  )     PROCEEDINGS
                                                   )     (FED. R. CRIM. P. 32.1(a)(6); 18
Ivan De Jesus Garcia,                       )     U.S.C. § 3143(a)(1))
                                                   )
                          Defendant.          )
_____)

The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the _Central_____ District of

_California_____ for alleged violation(s) of the terms and conditions of probation

or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (×)   The defendant has not met his/her burden of establishing by clear and

convincing evidence that he/she is not likely to flee if released under 18

U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (×)   information in the Pretrial Services Report and Recommendation

    (×)   information in the violation petition and report(s)

    ( )   the defendant's nonobjection to detention at this time

    (×)   other: _Allegation of absconding from supervision._____

1

1    and/ or

2  B. ( )    The defendant has not met his/her burden of establishing by clear and

3            convincing evidence that he/she is not likely to pose a danger to the safety

4            of any other person or the community if released under 18 U.S.C.

5            § 3142(b) or (c).  This finding is based on the following:

6            ( )    information in the Pretrial Services Report and Recommendation

7            ( )    information in the violation petition and report(s)

8            ( )    the defendant's nonobjection to detention at this time

9            ( )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: April 8, 2022

15                          _____
                            KENLY KIYA KATO
                            UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28